UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-62521-Civ-COOKE/HUNT

DISPLAY TECHNOLOGIES, LLC,

Plaintiff,

vs.

BEURER NORTH AMERICA, L.P.,

Defendant.

_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *without prejudice* pursuant to the Plaintiff's Notice of Voluntary Dismissal without Prejudice. *See* ECF No. 6. Therefore, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Clerk is directed to **CLOSE** this case for administrative purposes.
2. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, in Miami, Florida this 15th day of February 2022.

MARCIA G. COOKE
United States District Judge

*Copies furnished to:*
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of Record*